IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Thu Thi Vu et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:12-CV-282 |
| | § | |
| W&D Apparel (Jordan) Corp. et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## WELL & DAVID CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Well & David Corporation states that is a Taiwanese Corporation that is not publicly traded and that no parent corporation or publicly held corporation owns 10% or more of its stock.

June 12, 2012

Respectfully submitted,

/s/ Gerard G. Pecht
Gerard G. Pecht
Federal ID No. 4784
State Bar No. 15701800
gpecht@fulbright.com
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:   (713) 651-5151
Facsimile:   (713) 651-5246

Attorney-in-Charge for Defendant Well & David Corp.

OF COUNSEL
FULBRIGHT & JAWORSKI L.L.P.
Eliot Fielding Turner
Federal ID No. 976577
State Bar No. 24066224
eturner@fulbright.com
John J. Byron
Federal ID No. 1358259
State Bar No. 24078296
jbyron@fulbright.com

## CERTIFICATE OF FILING AND SERVICE

I certify that on June 12, 2012, I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to plaintiff's counsel of record.

/s/ John J. Byron
John Byron