## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Thu Thi Vu et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:12-CV-282 |
| | § | |
| W&D Apparel (Jordan) Corp. et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## WELL & DAVID CORPORATION'S
## CERTIFICATE OF INTERESTED PARTIES

Well & David Corporation files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation.  The names of publicly traded companies are underlined.  To Well & David Corporation's present knowledge, the following parties have a financial interest in the outcome of this litigation:

1. *Thuy Thi Vu a/k/a Phuong-Anh Vu* is a plaintiff in this case.

2. *Jane/John Does 1-109* are plaintiffs in this case.

3. *Boat People SOS* is a plaintiff in this case.

4. *Dr. Nguyen Dinh Thang* is a plaintiff in this case.

5. The following are counsel for the plaintiffs in this case:

   a. *H. Mark Burck, Mark R. Lapidus,* and *Shea M. Henry Bruck, Lapidus, Jackson & Chase, P.C.*

   b. *Gordon Quan* and *Naomi Bang Lawyers Against Human Trafficking*

   c. *Andrea Panjwani*

*African Services Committee*

d. *Human Trafficking Law Clinic*
   *South Texas College of Law*

6. *W&D Apparel (Jordan)* is a defendant in this case.

7. *Well & David Corporation* is a defendant in this case.

8. The following are counsel for Well & David Corporation:

   a. *Gerard G. Pecht, Eliot F. Turner,* and *John J. Byron*
      *Fulbright & Jaworski L.L.P.*

9. Aramark Corporation is a defendant in this case.

10. Aramark Uniform and Career Apparel, LLC

11. The following are counsel for Aramark Corporation and Aramark Uniform
    and Career Apparel, LLC:

    a. *Dennis Paul Duffy, Jennifer Collins Stewart, Sara Kropf, Maureen P. Reid,* and
       *William Jeffress, Jr.*
       *Baker Botts, LLP*

12. *GS Capital Partners*, a <u>Goldman Sachs</u> entity, is an owner of Aramark
    Corporation.

13. *CCMP Capital Advisors* is an owner of Aramark Corporation.

14. *JPMorgan Partners*, a <u>JPMorgan Chase & Co.</u> entity, is an owner of Aramark
    Corporation.

15. *Thomas H. Lee Partners* is an owner of Aramark Corporation.

16. *Warburg Pincus LLC* is an owner of Aramark Corporation.

17. *Joseph Neubauer* is an owner of Aramark Corporation.

18. *Leaprodexim Vietnam* is a defendant in this case.

2

19. *Coalimex VN* is a defendant in this case.

20. *Nguyen Van Viet* is a defendant in this case.

21. The following is counsel for Coalimex VN and Nguyen Van Viet:

    a. *Charles Stephen Kelley*
       *Mayer Brown*

22. *Academy Ltd. d/b/a Academy Sports and Outdoors* is a defendant in this case.

23. The following are counsel for Academy Ltd. d/b/a Academy Sports and Outdoors:

    a. *Janet Ellen Militello* and *Christopher Benjamin Dove*
       *Locke Lord Bissell & Liddell LLP*

24. *KKR & Co., L.P.* indirectly owns Academy Ltd.

25. *Ministry of Labor, War Invalids, and Social Affairs ("MOLISA")* is a defendant in this case.

26. *Tran Viet Tu* is a defendant in this case.

27. *Trong Xuan Thanh* is a defendant in this case.

28. *Nguyen Xuan Tao* is a defendant in this case.

29. *Nguyen Thi Kim Ngan* is a defendant in this case.

30. *Nguyen Thanh Hoa* is a defendant in this case.

31. *Nguyen Ngoc Quynh* is a defendant in this case.

32. The following are counsel for MOLISA, Tran Viet Tu, Trong Xuan Thanh, Nguyen Xuan Tao, Nguyen Thi Kim Ngan, Nguyen Thanh Hoa, and Nguyen Ngoc Quynh:

    a. *Barry E. Reiferson, David Patrick Long,* and *Mitchell R. Berger*

*Patton Boggs LLP*

33. *La Thanh Khuong* is a defendant in this case.

34. *Luong Nhu Duong* is a defendant in this case.

35. *Trinh Quang Trung* is a defendant in this case.

36. *Vu Thu Ha* is a defendant in this case.

37. *James Shen* is a defendant in this case.

June 12, 2012                                       Respectfully submitted,

                                                   */s/ Gerard G. Pecht*
                                                   Gerard G. Pecht
                                                   Federal ID No. 4784
                                                   State Bar No. 15701800
                                                   gpecht@fulbright.com
                                                   Fulbright Tower
                                                   1301 McKinney, Suite 5100
                                                   Houston, TX 77010-3095
                                                   Telephone:      (713) 651-5151
                                                   Facsimile:      (713) 651-5246

                                                   Attorney-in-Charge for Defendant Well &
                                                   David Corp.

OF COUNSEL
FULBRIGHT & JAWORSKI L.L.P.
Eliot Fielding Turner
Federal ID No. 976577
State Bar No. 24066224
eturner@fulbright.com
John J. Byron
Federal ID No. 1358259
State Bar No. 24078296
jbyron@fulbright.com

4

## CERTIFICATE OF FILING AND SERVICE

I certify that on June 12, 2012, I electronically transmitted this document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to plaintiff's counsel of record.

_/s/ John J. Byron_
John J. Byron