IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THUY THI VU a/k/a PHUONG-ANH VU, JANE/JOHN DOES 1-109, BOAT PEOPLE SOS, AND DR. NGUYEN THANG**<br>  *Plaintiffs*,<br><br>**v.**<br><br>**W&D APPAREL (JORDAN) CORP., WELL AND DAVID CORP., ARAMARK CORPORATION, ARAMARK UNIFORM &CAREER APPAREL LLC, LEAPRODEXIM VIETNAM, COALIMEX VN, ACADAMEY, LTD. d/b/a ACADEMY SPORTS+OUTDOORS,  MINISTRY OF LABOR, WAR INVALIDS AND SOCIAL AFFAIRS, TRAN VIET TU, TRUONG XUAN THANH, LA THANH KHUONG, LUONG NHU DUONG, TRINH QUANG TRUNG, NGUYEN VAN VIET, VU THU HA, NGUYEN XUAN TAO, NGUYEN THI KIM NGAN, NGUYEN THANH HOA, NGUYEN NGOC QUYNH and JAMES SHEN**<br>  *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO.4:12-CV-00282 |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE COURT:

All Plaintiffs, THUY THI VU a/k/a PHUONG-ANH VU, JANE/JOHN DOES 1-109, BOAT PEOPLE SOS, AND DR. NGUYEN THANG, file this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and show the Court as follows:

1.      The above-entitled action was commenced on January 27, 2012.

2.      Defendants filed neither answers nor motions for summary judgment in this action.

3.      This case is not a class action under Federal Rule of Civil Procedure 23, a

derivative action under Rule 23.1, or an action related to an unincorporated association under

Rule 23.2.

4.      A receiver has not been appointed in this case.

5.      Plaintiffs have not previously dismissed any federal or state court suit based on or

including the same claims as those presented in this case.

6.      This dismissal is without prejudice.

Respectfully submitted,

BURCK, LAPIDUS, JACKSON & CHASE, P.C

   */s/ H. Mark Burck*
H. MARK BURCK
TBN: 03362700, FBN:7423
MARK R. LAPIDUS
TBN: 11942250, FBN: 10200
SHEA M. HENRY
TBN: 24074398, FBN: 1132626
5177 Richmond Avenue, Suite 850
Houston, TX 77056
Phone:  (713)400-6000
Fax:  (713)622-8054

LAWYERS AGAINST HUMAN TRAFFICKING

   */s/ Gordon Quan*
GORDON QUAN
TBN: 16422400, FBN:  Admitted April 14, 1980
NAOMI BANG
TBN: 24054931, FBN:  604286
ANDREA PANJWANI
*Admitted Pro Hac Vice*
5850 San Felipe, Suite 601
Houston, Texas 77057
(281) 702-4440
nbang@lawyersagainsthumantrafficking.com

HUMAN TRAFFICKING/IMMIGRATION
CLINIC
SOUTH TEXAS COLLEGE OF LAW


　　　*/s/ Naomi Bang*
NAOMI BANG
TBN: 24054931, FBN:  604286
South Texas College of Law
c/o Clinical Dean's Office
1303 San Jacinto
Houston, Texas 77007
(713) 646-1843
nbang@stcl.com

**ATTORNEYS FOR PLAINTIFFS**



**CERTIFICATE OF SERVICE**


I hereby certify that a copy of Plaintiffs' Notice of Dismissal without Prejudice was duly

served on all known counsel of record via the Court's CM/ECF system on July 20, 2012.



　　　*/s/ H. Mark Burck*
　　　H. MARK BURCK