IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **THUY THI VU a/k/a PHUONG-ANH VU, JANE/JOHN DOES 1-109, BOAT PEOPLE SOS, AND DR. NGUYEN THANG**<br>　*Plaintiffs*,<br><br>v.<br><br>**W&D APPAREL (JORDAN) CORP., WELL AND DAVID CORP., ARAMARK CORPORATION, ARAMARK UNIFORM &CAREER APPAREL LLC, LEAPRODEXIM VIETNAM, COALIMEX VN, ACADAMEY, LTD. d/b/a ACADEMY SPORTS+OUTDOORS,  MINISTRY OF LABOR, WAR INVALIDS AND SOCIAL AFFAIRS, TRAN VIET TU, TRUONG XUAN THANH, LA THANH KHUONG, LUONG NHU DUONG, TRINH QUANG TRUNG, NGUYEN VAN VIET, VU THU HA, NGUYEN XUAN TAO, NGUYEN THI KIM NGAN, NGUYEN THANH HOA, NGUYEN NGOC QUYNH and JAMES SHEN**<br>　*Defendants* | §§§§§§§§§§§§§§§§§§§§§§§<br><br>C.A. NO.4:12-CV-00282 |

### PLAINTIFFS' MOTION TO WITHDRAW ERRONEOUSLY FILED DOCUMENT

TO THE COURT:

Plaintiffs, in the above-entitled case, respectfully request this Court to withdraw Document No. 85, titled "Notice of Dismissal," but incorrectly filed as "Motion" on July 12, 2012.

This document should have been filed under the category of "Notices/Notice of Dismissal" but was mistakenly filed under "Motions," which instigated a motions date. (Plaintiffs note that it did submit a proposed Order in the previous filing, even though one is not required under Federal Rule of Civil Procedure 41, out of courtesy since some courts do issue such orders.)

Plaintiffs became aware of this ECF filing error on July 19, 2012, and upon learning of their clerical error, Plaintiffs promptly contacted the Court and all parties by email to inform them, and immediately followed up with the clerk of the Southern District of Texas.  Pursuant to the Clerk's instructions, Plaintiffs re-filed their Notice of Dismissal under the proper category (*See* Document No. 87), and now file this Motion.

Wherefore, in light of the foregoing, Plaintiffs respectfully request the Court grant their Motion to Withdraw the document currently on the docket report as Document No. 85.

Respectfully submitted,

LAWYERS AGAINST HUMAN TRAFFICKING

*/s/ Gordon Quan*
GORDON QUAN
TBN: 16422400, FBN:  Admitted April 14, 1980
NAOMI BANG
TBN: 24054931, FBN:  604286
ANDREA PANJWANI
*Admitted Pro Hac Vice*
5850 San Felipe, Suite 601
Houston, Texas 77057
(281) 702-4440
nbang@lawyersagainsthumantrafficking.com

HUMAN TRAFFICKING/IMMIGRATION CLINIC
SOUTH TEXAS COLLEGE OF LAW

*/s/ Naomi Bang*
NAOMI BANG
TBN: 24054931, FBN:  604286
South Texas College of Law
c/o Clinical Dean's Office
1303 San Jacinto
Houston, Texas 77007
(713) 646-1843
nbang@stcl.com

BURCK, LAPIDUS, JACKSON & CHASE, P.C

    */s/ H. Mark Burck*
H. MARK BURCK
TBN: 03362700, FBN:7423
MARK R. LAPIDUS
TBN: 11942250, FBN: 10200
SHEA M. HENRY
TBN: 24074398, FBN: 1132626
5177 Richmond Avenue, Suite 850
Houston, TX 77056
Phone:  (713)400-6000
Fax:  (713)622-8054

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Motion to Withdraw Erroneously Filed Document was duly served on all known counsel of record via the Court's CM/ECF system on July 20, 2012.

    */s/ H. Mark Burck*
    H. MARK BURCK