## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| THUY THI VU, a/k/a PHUONG-ANH VU, *et al*., | § § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. H-12-0282 |
| v. | § § | |
| W&D APPAREL (JORDAN) CORP., *et al*., | § § § | |
| Defendants. | § | |

## ORDER CONFIRMING DISMISSAL

On July 20, 2012, the plaintiffs filed a notice of dismissal voluntarily dismissing, without prejudice, all claims against all defendants. The notice of dismissal was filed before the defendants filed either an answer or a motion for summary judgment. Under Rule 41(a) of the Federal Rules of Civil Procedure, the notice was "immediately self-effectuating" and "'itself closed the [case].'" *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010) (citing *Am. Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir. 1963)). Because this case is closed, all pending motions are denied as moot.

SIGNED on August 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge